# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JAMIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 22CR0137-JLS |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF MOTION HEARING/TRIAL SETTING |
| ANGEL MORALES-GAITAN, ) | |
| Defendant. ) | |

Upon the joint motion of the United Sates of America and the Defendant, and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion for Continuance of Motion Hearing (Document No. 32) is GRANTED.

IT IS FURTHER ORDERED that the Motion Hearing/Trial Setting currently set for February 18, 2022 at 1:30 p.m. be continued to March 18, 2022 at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date by February 25, 2022.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

DATED: February 15, 2022

Honorable Janis L. Sammartino
United States District Judge