# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JAMIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 22CR137-JLS |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF MOTION HEARING/TRIAL SETTING |
| ANGEL MORALES GAITAN, ) | |
| Defendant. ) | |

Upon the joint motion of the United Sates of America and the Defendant, and good cause appearing, IT IS HEREBY ORDERED that the Joint Motion for Continuance of Motion Hearing (Document No. 40) is GRANTED. The Motion Hearing/Trial Setting currently set for March 18, 2022 at 1:30 p.m. shall be continued to April 22, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: March 16, 2022

_____
Honorable Janis L. Sammartino
United States District Judge