# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JAMIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> ANGEL MORALES GAITAN, ) <br> Defendant. ) | CASE NO. 22CR137-JLS <br><br> ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF MOTION HEARING |

Upon the joint motion of the United Sates of America and the Defendant, and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion for Continuance of Motion Hearing (Document No. 46) is GRANTED.

IT IS FURTHER ORDERED that the Motion Hearing currently set for July 1, 2022, at 1:30 p.m. be continued to September 9, 2022, at 1:30 p.m.

IT IS FURTHER ORDERED that time is excludable under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: June 29, 2022

Honorable Janis L. Sammartino
United States District Judge