# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANGEL JESUS MORALES-GAITAN,<br><br>　　　　　Defendant. | CASE NO.: 22CR137-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |

GOOD CAUSE APPEARING and based on the joint motion of the parties, the Motion Hearing and Trial Setting is continued from September 9, 2022, at 1:30 p.m. to **October 28, 2022, at 1:30 p.m.** For the reasons set forth in the joint motion, time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated: August 30, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge

1