# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JAMIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 22CR137-JLS |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF MOTION HEARING |
| ANGEL MORALES GAITAN, ) | |
| Defendant. ) | |

Upon the joint motion of the United Sates of America and the Defendant, and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion for Continuance of Motion Hearing (Document No. 53) is GRANTED.

IT IS FURTHER ORDERED that the Motion Hearing/Trial Setting currently set for October 28, at 1:30 p.m. be continued to November 16, 2022, at 1:30 p.m.

IT IS FURTHER ORDERED that time is excludable under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: October 26, 2022

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge